UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DILLON JAMES CALISI,

    Plaintiff,

v.                                                         Case No: 6:24-cv-839-JSS-LHP

SCOTT DEESPOSITO,

    Defendant.
_____/

## ORDER

In this case, Plaintiff, Dillon James Calisi, a prisoner proceeding pro se, filed claims against Defendant, Scott DeEsposito, under 42 U.S.C. § 1983 and Florida law. (Dkt. 11.) On March 7, 2025, the court dismissed this case without prejudice for lack of prosecution because Plaintiff did not timely file the required service of process forms. (Dkt. 16.) Later that month, Plaintiff filed a motion for reconsideration of the dismissal. (Dkt. 19.) In the motion, Plaintiff asserts that he "did in fact file the required service forms" by submitting them for mailing to prison officials who signed and "time/date stamped" the forms "before the deadline." (*Id.* at 1 (cleaned up).) Plaintiff states that he "has received mail from multiple [court] addresses in connection with this case," (*id.* at 1 (cleaned up); *accord* Dkt. 20 at 1), and that he mailed the forms to this District's Tampa Division, (Dkt. 19 at 1). He asks the court to contact the Tampa Division for the service forms and to reopen the case. (*Id.* at 2.)

Plaintiff's confusion over the mailing addresses is understandable, but it merits

no relief. The Clerk's Office manages orders entered in, and filings mailed to, the various divisions on a districtwide basis. For example, an order entered in the Orlando Division may be mailed to the parties by—or a filing mailed to the Tampa Division may be processed by—Clerk's Office staff in any of the divisions. Therefore, if the documents Plaintiff mailed had sufficient case-identifying information (the case number and Plaintiff's name, at minimum) and if they were received at a federal courthouse in any division in this District, the documents would have been filed in Plaintiff's case. As of the date of this order, despite Plaintiff's assertion that the service documents were mailed and despite the length of time since the motion for reconsideration was filed, the documents have not been received by any division in this District. Plaintiff bore the responsibility of serving Defendant in this case. *See* Fed. R. Civ. P. 4(c)(1). Because the court discerns no basis for reconsideration, Plaintiff's motion (Dkt. 19) is **DENIED**. This case remains closed.

**ORDERED** in Orlando, Florida, on May 8, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties